UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BILLIE-JO MARDORF,                )<br>                                                  )<br>              Plaintiff            )<br>    v.                                           )<br>                                                  )<br>MICHAEL J. ASTRUE,             )<br>Commissioner of Social Security, )<br>                                                  )<br>              Defendants        ) | No. 1:11-cv-81-GZS |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 16) filed January 30, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's Decision is **AFFIRMED**.

  /s/ George Z. Singal
United States District Judge

Dated this 21st day of February, 2012.