## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| BILLIE-JO MARDORF, | ) |
| | ) |
| **Plaintiff** | ) |
| v. | ) No. 1:11-cv-81-GZS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| **Defendants** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 16) filed January 30, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's Decision is **AFFIRMED**.

                                                     /s/ George Z. Singal
                                                    United States District Judge

Dated this 21st day of February, 2012.